UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

Case No: SA CV 19-01683-DOC (JDEx)     Date: March 26, 2020

Title: Shelley Pridgen v. Church and Dwight Co., Inc.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING CIVIL CASE**

On March 2, 2020, this Court GRANTED Defendants Motion to Dismiss and allowed Plaintiff to file an Amended Complaint if so desired. To date, the Plaintiff has not filed an Amended Complaint. This cased is now closed.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk: kd

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 16-1234-DOC (JCG)                          Date: March 26, 2020

                                                                                                                    Page 2